# Court of Appeals
# of the State of Georgia

ATLANTA, __October 09, 2019__

*The Court of Appeals hereby passes the following order:*

**A20A0399. DAMON ZEIGLER v. CYNTHIA DEMETRIA ZEIGLER et al.**

On July 16, 2019, this Court granted an application for discretionary appeal filed by Damon Zeigler. See Case Number A19D0528. The order directed him to file a notice of appeal within 10 days of the date of the order. See OCGA § 5-6-35 (g). Thirteen days later, on July 29, 2019, Zeigler filed his notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because no notice of appeal was filed within 10 days of the order granting the discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __10/09/2019__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*